| | | |
|---|---|---|
| ANDREW PROKOS | Plaintiff(s) | Index # 19-CV-4028 BMC |
| - against - | | Purchased July 15, 2019 |
| LIONS EQUITIES, LLC, ETAL | Defendant(s) | **AFFIDAVIT OF DUE DILIGENCE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

EDDIE GARAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

MICHAEL D. STEGER, PC requested that I serve a copy of the SUMMONS; PLAINTIFF'S COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; AND (2) VIOLATIONS OF THE DIGITAL MILLENIUM COPYRIGHT ACT* in the above action for personal service upon LIONS EQUITIES, LLC at

1129 ST. JOHN'S PLACE
BROOKLYN, NY 11213

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

September 20, 2019 at 1105 Hours and I was unable to serve the defendant. At the given address is a storefront where the defendant's name does not appear on any awning. I knocked on the door but I received no answer. The office was closed. I attempted service at 221 Jefferson Avenue, #1, Brooklyn, NY 11216 on September 20, 2019 at 1118 Hours and September 21, 2019 at 2018 Hours and I was unable to serve the defendant. At the given address is a multiple dwelling where the defendant's name does not appear on any bell or mailbox. I knocked on the door but I received no answer. I attempted service at 1129 St. John's Place, Brooklyn, NY 11213 on September 23, 2019 at 1328 Hours and I knocked on the door but I received no answer. I appears that the office is under renovation. I spoke to a male employee in the office who told me the defendant is unknown.

**(17 U.S.C. ¶ 1202); RULE 73 NOTICE; MANDATORY REQUIREMENTS FOR INITIAL STATUS CONFERENCE

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: September 30, 2019

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Commission Expires November 26, 2023 | RALPH J MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in Queens County<br>Commission Expires April 11, 2023 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2023 | **EDDIE GARAY**<br>License #: 2090356<br>Invoice #: 729911 |