UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: MICHAEL D. STEGER, PC

ANDREW PROKOS

Plaintiff(s)

Index # 19-CV-4028 BMC

- against -

Purchased July 15, 2019

LIONS EQUITIES, LLC, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

EDDIE GARAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 26, 2019 at 08:00 AM at

221 JEFFERSON AVE #1
BROOKLYN, NY 11216

deponent served the within SUMMONS; PLAINTIFF'S COMPLAINT FOR (1) COPYRIGHT INFRINGEMENT; AND (2) VIOLATIONS OF THE DIGITAL MILLENIUM COPYRIGHT ACT* on JONATHAN LEMZE therein named,

**AFFIXING TO DOOR.** by affixing a true copy of each to the door of said premises, which is the Defendant's last actual address within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on

September 20, 2019 AT 11:05 AM    September 23, 2019 AT 1:28 PM
September 26, 2019 AT 8:00 AM

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

221 JEFFERSON AVE #1
BROOKLYN, NY 11216

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 30, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

*(17 U.S.C. ¶ 1202); RULE 73 NOTICE; MANDATORY REQUIREMENTS FOR INITIAL STATUS CONFERENCE

Sworn to me on: September 30, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**EDDIE GARAY**
License #: 2090356
Invoice #: 729911

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045